

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

December 21, 2021

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

               Re:    *Stevez v. Goodwin University, Inc.,*
                      Case No.: 1:21-cv-6777-AT

Dear Judge Torres,

      The undersigned represents Arturo Stevez, ("Plaintiff") in the above referenced matter against Defendant, Goodwin University, Inc., ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                                            Respectfully submitted,

                                                           */s/Michael A. LaBollita, Esq.*
                                                            Michael A. LaBollita, Esq.

cc: All counsel of record via ECF